IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:91CR38 |
| | ) | |
| v. | ) | |
| | ) | |
| DELANO MAXWELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to terminate supervised release conditions and discharge (Filing No. 864). The Court notes his probation officer has no objection to early termination and discharge. Accordingly,

IT IS ORDERED that the motion is granted; defendant's supervised release is terminated.

DATED this 5th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court